**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Joyce M. Greene,** | ) | |
| | ) | **4:10-cv-02520-RBH** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **ARS National Services, Inc., and** | ) | |
| **Associated Recovery Systems,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, Penny Hays Cauley, and hereby

dismisses this case with prejudice as all matters in controversy have been resolved.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed.  ID No.  10323
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Penny Hays Cauley, do hereby certify that I have served a copy of the foregoing Notice of Dismissal on the Defendants c/o Larry Young, Jr., Ferguson Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, Alabama 35243, by placing a copy of the same in the United States Mail, properly addressed and First Class Postage prepaid on the 22nd day of November, 2010.

/s Penny Hays Cauley
Penny Hays Cauley